## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**ROBERT LUBOLD,**
        **Plaintiff,**

**v.**                                        **Civil Action No.  1:17-cv-00727**

**GEICO GENERAL INSURANCE COMPANY**
        **Defendant.**

---

### MOTION FOR AMENDMENT BY INTERLINEATION

---

Plaintiff, Robert Lubold, by and through his counsel of record REVO SMITH LAW FIRM, LLC (Christopher J. Templeman, Esq. and M. Terrence Revo, Esq.), for his Motion for Amendment by Interlineation, states as follows:

1. Plaintiff has been made aware that the correct name of Defendant GEICO GENERAL INSURANCE COMPANY  is actually GEICO CHOICE INSURANCE COMPANY;

2. Plaintiff therefore requests that he, Robert Lubold, be allowed to amend the Complaint by Interlineation to name the Defendant correctly;

3. Plaintiff has contacted all other parties and they do not oppose this Motion.

Wherefore, Plaintiff Robert Lubold respectfully requests that this Court enter an order permitting Plaintiff to amend his Complaint Interlineation to accurately reflect Defendant's correct name.

Respectfully submitted,

**REVO   SMITH LAW FIRM, LLC**


 /s/ Christopher J. Templeman
CHRISTOPHER J. TEMPLEMAN
M. TERRENCE REVO
AttorneyS for Plaintiff
10400 Academy Road, N.E.
Suite 200
Albuquerque, NM  87102
PH:     505-293-8888
FAX:  505-323-1159
Email:  ctempleman@revosmithlaw.com
Email: trevo@revosmithlaw.com


This is to Certify that on this  17th   day of July, 2017,
the foregoing document was filed electronically through
the CM/ECF system, which caused the following to be
served by electronic means, as more fully reflected on
the Notice of Electronic Filing:

Attorneys for the Defense:
MELONEY PERRY, ESQ.
PERRY LAW, P. C.
10440 N. Central Expressway, Suite 600
Dallas, Texas 75231
T: (214) 265-6219
F: (214) 265-6226
mperry@mperrylaw.com

DONNA CHAPMAN, ESQ.
CHAPMAN & CHARLEBOIS
4001 Osuna Road NE Suite #2-202
Albuquerque, NM 87109
PO BOX 92483
Albuquerque, NM 87199-2438
505-213-0561
donna@cclawnm.com
josephturner@cclawnm.com

**REVO   SMITH LAW FIRM, LLC**

/s/ Christopher J. Templeman
CHRISTOPHER J. TEMPLEMAN