IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT LUBOLD,

      Plaintiff,

v.                                      **Case No. 1:17-cv-727-KK-KBM**

GEICO CHOICE INSURANCE COMPANY,

      Defendant.

### STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Robert Lubold, by and through his counsel of record, Evo Smith Law Firm, LLC (M. Terrence Revo and Christopher J. Templeman) and Defendant GEICO Choice Insurance Company, by and through its counsel of record as to the underinsured motorist claims only, Chapman and Priest, P.C. (Donna L. Chapman and Jessica C. Singer) and as to extra-contractual claims, Perry Law P.C. (Meloney Perry), hereby move the Court to dismiss with prejudice Plaintiff's Complaint and all causes of action that were or could have been filed therein, on the ground the parties have reached a compromised settlement.

**WHEREFORE**, the parties respectfully request the Court enter an Order

dismissing with prejudice Plaintiff's Complaint and all causes of action that were or could

have been alleged therein, with each party to bear their own attorneys' fees and costs.

Respectfully submitted,

**CHAPMAN AND PRIEST, P.C.**


*/s/ Donna L. Chapman*
Donna L. Chapman
Jessica C. Singer
P.O. Box 92438
Albuquerque, NM  87199
Tel: (505) 242-6000
donna@cclawnm.com
jessica@cclawnm.com
*Attorneys for GEICO Choice Insurance*
*Company as to the underinsured motorist*
*claims only*


**PERRY LAW P.C.**


*Electronically approved 11/16/17*
Meloney Perry
10440 N. Central Expressway, Suite 600
Dallas, TX 75231
Tel: (214) 265-6224
mperry@mperrylaw.com
*Attorney for GEICO Choice Insurance Company*
*as to the extra-contractual claims only*


**REVO SMITH LAW FIRM, LLC**


*Approved in person 11/15/17*
M. Terrence Revo
Christopher J. Templeman
10400 Academy Road NE, Suite 200
Albuquerque, NM 87102
Tel: (505) 293-8888
trevo@revosmithlaw.com
ctempleman@revosmithlaw.com
*Attorneys for Plaintiff*