IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT LUBOLD,

    Plaintiff,

v.                                                            Civ. No. 17-727 KK/KBM

GEICO CHOICE INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 36), filed November 16, 2017. The Court, having considered the Motion and being otherwise fully advised in the premises, finds that the Motion is well taken and should be **GRANTED**.

**THE COURT FINDS** that there is no objection from any party to dismissal with prejudice of Plaintiffs' Complaint and all claims that were or could have been alleged therein.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Complaint and all causes of action that were or could have been alleged therein in the above-captioned matter, be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE